# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| **FLAGSTAR BANK, FSB,** | |
| **Plaintiff,** | 1:09-cv-52 |
| v. | |
| **KIRIL D. LOGVINOFF and SARAH A. BOSTWICK,** | |
| **Defendants.** | |

TO: A. Jennings Stone, Esq.
    Natalie Nelson Tang How, Esq.
    H.A. Curt Otto, Esq.

## ORDER

THIS MATTER came before the Court upon Plaintiff's Motion For Entry of Default Against Sarah A. Bostwick (Docket No. 16).

Based upon the record herein, the Court finds that Defendant Sarah A. Bostwick has been duly served and has failed to answer or otherwise respond to the Complaint.

Accordingly, it is now hereby **ORDERED**:

1. Plaintiff's Motion For Entry of Default Against Sarah A. Bostwick (Docket No. 16) is **GRANTED**.

2. **DEFAULT** is entered against Defendant Sarah A. Bostwick.

                                                ENTER:

Dated: May 25, 2010                /s/ George W. Cannon, Jr.
                                          GEORGE W. CANNON, JR.
                                          U.S. MAGISTRATE JUDGE